# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 7, 2016

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Beare, Steven & Cathy
Chapter 13, Bankruptcy Case No. 1:15-bk-02394 RNO

Dear Clerk:

Please be advised that the address for Steven Beare has changed to the following:

1830 Carlton Drive
Lebanon, PA 17042

The Debtors <u>previous</u> address was as follows:

1009 Franklin Avenue
Lebanon, PA 17042

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service