In re:                                                          Case No. 15-02394-RNO
Steven M. Beare                                                 Chapter 13
Cathy L. Beare
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar        Page 1 of 1          Date Rcvd: Dec 14, 2016
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
4660090        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Defendant    US Department of Housing and Urban Development
              USAPAM.Bankr-WilkesBarre@usdoj.gov,   CaseView.ECF@usdoj.gov
              ECMC    djwilcoxson@ecmc.org
              Gary J Imblum    on behalf of Debtor Steven M. Beare gary.imblum@imblumlaw.com,
              gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
              ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Plaintiff Cathy L. Beare gary.imblum@imblumlaw.com,
              gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
              ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Joint Debtor Cathy L. Beare gary.imblum@imblumlaw.com,
              gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
              ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Plaintiff Steven M. Beare gary.imblum@imblumlaw.com,
              gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
              ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-02394-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven M. Beare
1830 Carlton Drive
Lebanon PA 17042

Cathy L. Beare
1830 Carlton Drive
Lebanon PA 17042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2016.

Name and Address of Alleged Transferor(s):

Claim No. 4: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408
ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/16/16

Terrence S. Miller
**CLERK OF THE COURT**