# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 20, 2017

**<u>Via ECF Only</u>**

TO:   US BANKRUPTCY COURT - CLERK

RE:   Steven & Cathy Beare
      Chapter 13 Bankruptcy Case No. 1-15-02394

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

TRANSWORLD SYSTEMS
500 VIRIGINIA DRIVE #514
FT WASHINGTON PA 19034-2707

The Creditor's <u>previous</u> address was as follows:

TRANSWORLD SYSTEMS INC.
COLLECTION AGENCY
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm